IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRONIS BROTHERS INC.,
d/b/a CAPTAIN ANDERSON'S
RESTAURANT

    Plaintiff,

vs.                    CASE NO. 5:10-cv-254/RS-MD

TRITON ASSET LEASING GmbH;
TRANSOCEAN HOLDINGS LLC;
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING INC.; TRANSOCEAN
DEEPWATER INC.; HALLIBURTON
ENERGY SERVICES, INC., a/k/a
HALLIBURTON COMPANY; and
CAMERON INTERNATIONAL
CORPORATION,

    Defendants.
_____/

## ORDER

    This case is stayed until further Order. The parties are directed to J.P.M.L. R. 7.1(a).

**ORDERED** on October 4, 2010

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**