# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

PATRONIS BROTHERS, INC., d/b/a CAPT.
ANDERSON'S RESTAURANT,

      **Plaintiff,**

vs.                                **CASE NO. 5:10-cv-254/RS-MD**

TRITON ASSET LEASING GmbH;
TRANSOCEAN HOLDINGS LLC;
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING INC.; TRANSOCEAN
DEEPWATER INC.; HALLIBURTON
ENERGY SERVICES, INC., a/k/a
HALLIBURTON COMPANY; and
CAMERON INTERNATIONAL
CORPORATION,

      **Defendants.**
_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc.

14).

      **IT IS ORDERED:**

1. The case is dismissed without prejudice.

2. The clerk is directed to close the case in its entirety.

**ORDERED** on November 2, 2010

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**